UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:26-cr-105-VMC-NHA

PETER TORRES

### JOINT NOTICE CALCULATING SPEEDY TRIAL

The parties jointly file this notice in accordance with the Court's order on

April 10, 2026 (Doc. 27). The parties calculate that speedy trial in this case runs on

May 15, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Muriel R. Moore*
      Muriel R. Moore
      Assistant United States Attorney
      Florida Bar No. 1011059
      400 N. Tampa Street, Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6178
      E-mail: muriel.moore@usdoj.gov

**U.S. v. Torres**                    **Case No. 8:26-cr-105-VMC-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

/s/ *Muriel R. Moore*
Muriel R. Moore
Assistant United States Attorney
Florida Bar No. 1011059
400 N. Tampa Street, Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6178
E-mail: muriel.moore@usdoj.gov

2