UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:26-cr-105-VMC-TGW

PETER TORRES

## MOTION TO APPEAR ON
## BEHALF OF GOVERNMENT COUNSEL OF RECORD

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this motion for Assistant United States

Attorney E. Jackson Boggs, Jr., to appear on behalf of Assistant United States

Attorney Muriel Moore who is counsel of record for the government. Assistant

United States Attorney Muriel Moore will be in trial regarding the matter of *United*

*States v. Gregory Formicone, Case No. 8:25-cr-557-JLB-AEP*.

The undersigned requests permission for Assistant United States Attorney E. Jackson Boggs, Jr., to appear in lieu of the aforementioned attorney at the status conference scheduled for August 6, 2026 9:30 a.m. in Courtroom 14 B.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Muriel Moore
      Muriel Moore
      Assistant United States Attorney
      Florida Bar No. 1011059
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Muriel.Moore@usdoj.gov

2

**U.S. v. Peter Torres**                    **Case No. 8:26-cr-105-VMC-TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

<div style="margin-left: 40%;">

By:    */s/ Muriel Moore*
        Muriel Moore
        Assistant United States Attorney
        Florida Bar No. 1011059
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Muriel.Moore@usdoj.gov

</div>

3